[No. 18389-1-III.   Division Three.   September 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE WILLIAM MUELKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-02111-1, Michael E. Donohue, J., entered April 5, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18828-1-III.   Division Three.   September 7, 2000.]

D.A. ZULUAGA CONSTRUCTION, INC., *Appellant*, v. SPOKANE AIRPORTS BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-06301-5, Gregory D. Sypolt, J., entered September 29, 1999. *Affirmed* by unpublished per curiam opinion.

[Nos. 20884-9-II; 22308-2-II.   Division Two.   September 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN BERT CARLSON, *Appellant*.
*In the Matter of the Personal Restraint of* STEVEN BERT CARLSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-1-00223-2, Thomas L. Lodge, J., entered June 19, 1996, together with a petition for relief from personal restraint. Judgement *affirmed* and petition *denied* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 24721-6-II.   Division Two.   September 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE OLENZA NETTLES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00060-9, Robert L. Harris, J., entered May 3, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Wang, JJ.